IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re | § | Chapter 11 |
| | § | |
| AUTOSEIS, INC., *et al.*,[1] | § | Case No. 14-20130 |
| | § | |
| Debtors. | § | Joint Administration Requested |

## NOTICE OF HEARING ON FIRST DAY MOTIONS

PLEASE TAKE NOTICE that a hearing on the Debtors' First Day Motions (as defined below), has been scheduled for 3:00 p.m. (Central time) on Thursday, March 27, 2014 before the Honorable Richard Schmidt, United States Bankruptcy Judge for the Southern District of Texas, Corpus Christi Division, at the United States Courthouse located on 1133 N. Shoreline Blvd., Second Floor, Corpus Christi, Texas 78401.

PLEASE TAKE FURTHER NOTICE that the Debtors filed, and seek relief from the Court on an emergency basis, for the following motions and applications on the first day of these Chapter 11 cases (collectively, the "First Day Motions"):

1. Debtors' Emergency Motion for an Order Directing Joint Administration of Chapter 11 Cases;

2. Notice of Designation as Complex Chapter 11 Bankruptcy Cases;

3. Debtors' Emergency Motion For Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 364(c)(1), 364(c)(2), 364(c)(3), 364(D)(1), and 364(e) and (B) Use Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363, and 364, and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(B) and (C);

4. Debtors' Emergency Motion For Interim and Final Orders Authorizing, But Not Directing, The Debtors to (I) Pay Prepetition Wages, Salaries and Other Compensation, (II) Pay Prepetition Payroll Taxes and Benefits and Continue Benefit Programs In The Ordinary Course, and (III) Direct Banks to Honor Checks For Payment of Prepetition Employee Payment and Program Obligations;

---

[1] The Debtors in these chapter 11 cases are: Autoseis, Inc. (5224); Global Geophysical Services, Inc. (4281); Global Geophysical EAME, Inc. (2130); GGS International Holdings, Inc. (2420); Accrete Monitoring, Inc. (2256); and Autoseis Development Company (9066).

Active 15287813

5. Debtors' Emergency Motion for an Interim and Final Order (I) Prohibiting Utilities From Altering, Refusing, or Discontinuing Service; (II) Deeming Utilities Adequately Assured of Future Performance; and (III) Establishing Procedures for Determining Adequate Assurance of Payment;

6. Debtors' Emergency Motion for an Order (I) Authorizing The Debtors to Prepare (A) A Consolidated List Of Creditors and (B) A Consolidated List Of Top Thirty Unsecured Creditors; (II) Extending Debtors' Deadlines to File Certain Schedules and Statements Pursuant to 11 U.S.C. § 521, Fed. R. Bankr. P. 1007 and 9006, and Local Bankruptcy Rule 1007-1; and (III) Waiving Requirement to File List of Equity Security Holders;

7. Debtors' Emergency Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Seeking Authority to Implement Certain Notice Procedures;

8. Debtors' Emergency Motion for Order Authorizing Continued Use of (1) Pre-Petition Bank Accounts and Business Forms and (2) Cash Management System Pending Further Analysis and Review;

9. Debtors' Emergency Motion for Authorization to: (1) Continue Pre-Petition Insurance Program; (2) Pay Any Prepetition Premiums and Related Obligations; and (3) Honor Obligations Under Prepetition Premium Financing Agreements;

10. Debtors' Emergency Motion for the Entry of Interim and Final Orders (1) Establishing Procedures for Transfers of Equity Securities; (2) Establishing an Effective Date for Notice and Sell-Down Procedures for Transfers of Claims Against the Debtor's Estate; and (3) Granting Related Relief;

11. Debtors' Emergency Application for Entry of an Interim and Final Order Authorizing the Retention and Employment of Baker Botts L.L.P. as Counsel for the Debtors and Debtors In Possession Effective Nunc Pro Tunc to the Petition Date;

12. Debtors' Emergency Application for Entry of an Interim and Final Order Authorizing the Retention and Employment of Jordan, Hyden, Womble, Culbreth & Holzer, P.C. as Counsel for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date;

13. Debtors' Emergency Application for Entry of an Interim and Final Order Authorizing the Retention and Employment of Alvarez & Marsal North America, LLC as Restructuring Advisor for the Debtors And Debtors In Possession Nunc Pro Tunc to the Petition Date;

14. Debtors' Emergency Application for Entry of an Interim and Final Order Authorizing the Retention and Appointment of Prime Clerk LLC as Claims and Noticing Agent Under 28 U.S.C. § 156(c) and 11 U.S.C. § 327(a) Effective Nunc Pro Tunc to the Petition Date;

15. Debtors' Emergency Motion for an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Case Professionals;

16. Debtors' Emergency Motion for Entry of an Order (I) Authorizing Payment of (A) Section 503(b)(9) Claims, (B) Logistics Claims, and (C) Critical Vendor Claims; (II) Directing Financial Institutions to Honor and Process Related Checks and Transfers; and (III) Granting Related Relief;

17. Debtors' Emergency Motion for an Order Authorizing (A) Payment of Foreign Claims and (B) Granting Related Relief;

18. Debtors' Motion for an Order Authorizing Rejection of Unexpired Non-Residential Real Property Lease Nunc Pro Tunc; and

19. Debtors' Emergency Motion for Authorization to Honor Prepetition Warranty Program in the Ordinary Course of Business.

PLEASE TAKE FURTHER NOTICE that copies of all First Day Motions can be found on the docket of Case No. 14-20130 in the Bankruptcy Court for the Southern District of Texas and at http://cases.primeclerk.com/ggs.  Instructions for telephonic appearances are forthcoming.

Date: March 25, 2014             Respectfully submitted,

BAKER BOTTS L.L.P.

*/s/ C. Luckey McDowell*
C. Luckey McDowell, State Bar No. 24034565
Omar Alaniz, State Bar No. 24040402
Ian E. Roberts, State Bar No. 24056217
2001 Ross Avenue
Dallas, Texas  75201
Telephone:  214.953.6500
Facsimile:   214.953.6503
Email: *luckey.mcdowell@bakerbotts.com*
           *omar.alaniz@bakerbotts.com*
           *ian.roberts@bakerbotts.com*

JORDAN, HYDEN, WOMBLE, CULBRETH & HOLZER, P.C.

Shelby A. Jordan, State Bar No. 11016700
Nathaniel Peter Holzer, State Bar No. 00793971
Suite 900, Bank of America
500 North Shoreline
Corpus Christi, Texas 78471
Telephone:  361.884.5678
Facsimile:   361.888.5555
Email: *sjordan@jhwclaw.com*
           *pholzer@jhwclaw.com*

**PROPOSED COUNSEL TO DEBTORS-IN-POSSESSION**