IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re | § § | Chapter 11 |
| AUTOSEIS, INC., *et al.*[1] | § § | Case No. 14-20130 |
| Debtors. | § § § | Jointly Administered |

### NOTICE OF PROPOSED 13-WEEK BUDGET

Attached is a copy of the Debtors' preliminary 13-week budget, which may be amended prior to the hearings on Thursday, March 27, 2014.

Date:  March 26, 2014         Respectfully submitted,

                              BAKER BOTTS L.L.P.

                              */s/ C. Luckey McDowell*
                              C. Luckey McDowell, State Bar No.  24034565
                              2001 Ross Avenue
                              Dallas, Texas  75201
                              Telephone:  214.953.6500
                              Facsimile:   214.953.6503
                              Email: *luckey.mcdowell@bakerbotts.com*


                              JORDAN, HYDEN, WOMBLE, CULBRETH & HOLZER, P.C.

                              Shelby A. Jordan, State Bar No. 11016700
                              Nathaniel Peter Holzer, State Bar No. 00793971
                              Suite 900, Bank of America
                              500 North Shoreline
                              Corpus Christi, Texas 78471
                              Telephone:  361.884.5678
                              Facsimile:   361.888.5555
                              Email: *sjordan@jhwclaw.com*
                                       *pholzer@jhwclaw.com*

                              **PROPOSED COUNSEL TO DEBTORS-IN-POSSESSION**

GGS  
Summary Cashflow

$ 000s

DRAFT SUBJECT TO CHANGE

| | | Global Geophysical Services | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Forecast 1 WE 3/28 | Forecast 2 WE 4/4 | Forecast 3 WE 4/11 | Forecast 4 WE 4/18 | Forecast 5 WE 4/25 | Forecast 6 WE 5/2 | Forecast 7 WE 5/9 | Forecast 8 WE 5/16 | Forecast 9 WE 5/23 | Forecast 10 WE 5/30 | Forecast 11 WE 6/6 | Forecast 12 WE 6/13 | Forecast 13 WE 6/20 | 13 week Total |
| **Inflows** | | | | | | | | | | | | | | | |
| Total Collections | $ | 5,233 | 2,289 | 6,257 | 896 | 11,293 | 1,811 | 10,674 | 4,631 | 4,371 | 3,785 | 10,101 | 4,640 | 3,519 | $ 69,500 |
| Local Collections | | (3,997) | (314) | (606) | (113) | (4,583) | (1,513) | (113) | (2,854) | (3,679) | (113) | (3,961) | (799) | (3,413) | (26,056) |
| Collections (Received at Corporate) | $ | 1,236 | 1,975 | 5,652 | 784 | 6,710 | 298 | 10,562 | 1,777 | 692 | 3,673 | 6,140 | 3,840 | 106 | $ 43,444 |
| **Outflows** | | | | | | | | | | | | | | | |
| Cash Request from Regions | | (949) | (2,907) | (1,111) | (1,206) | (1,114) | (2,072) | (1,104) | (528) | (1,905) | (3,675) | (898) | (424) | (673) | (18,566) |
| Payroll, Per Diem, Benefits | | (1,340) | (1,910) | (540) | (1,910) | (540) | (1,010) | (1,440) | (1,010) | (1,440) | (1,010) | (1,440) | (1,010) | (1,440) | (16,040) |
| Payroll (IOM) | | - | (820) | - | - | - | - | (820) | - | - | - | (820) | - | - | (2,460) |
| Accounts Payable | | (1,388) | (1,452) | (1,511) | (1,738) | (2,191) | (3,227) | (2,111) | (2,298) | (2,187) | (2,750) | (2,134) | (2,298) | (2,187) | (27,473) |
| Senior Debt Interest (Adequate Protection) | | - | - | - | - | - | (877) | - | - | - | (907) | - | - | - | (1,784) |
| Interest/Fees on Additional Debt | | (750) | - | - | - | - | (1,692) | - | - | - | (588) | - | - | - | (3,030) |
| Professional Fees | | (377) | - | - | - | - | - | - | (6,313) | - | - | - | (3,823) | - | (10,512) |
| Bankruptcy Related Payments | | - | (530) | (3,190) | (3,195) | (2,200) | (2,200) | (2,025) | - | - | - | - | - | - | (13,340) |
| Other Payments (Insurance, etc) | | - | (2,800) | - | - | (1,000) | - | - | - | - | - | - | - | - | (3,800) |
| Total | | (4,803) | (10,419) | (6,352) | (8,049) | (7,045) | (11,079) | (7,501) | (10,148) | (5,533) | (8,929) | (5,292) | (7,554) | (4,300) | (97,005) |
| **Net Cashflow** | $ | (3,567) | (8,444) | (701) | (7,265) | (335) | (10,781) | 3,061 | (8,371) | (4,840) | (5,257) | 848 | (3,714) | (4,194) | $ (53,560) |
| Cash Beginning | $ | 4,000 | 25,433 | 16,989 | 16,288 | 9,023 | 8,688 | 32,906 | 35,967 | 27,596 | 22,756 | 17,499 | 18,347 | 14,634 | $ 4,000 |
| Net Cashflow | | (3,567) | (8,444) | (701) | (7,265) | (335) | (10,781) | 3,061 | (8,371) | (4,840) | (5,257) | 848 | (3,714) | (4,194) | (53,560) |
| Borrowing | | 25,000 | - | - | - | - | 35,000 | - | - | - | - | - | - | - | 60,000 |
| Cash Ending | $ | 25,433 | 16,989 | 16,288 | 9,023 | 8,688 | 32,906 | 35,967 | 27,596 | 22,756 | 17,499 | 18,347 | 14,634 | 10,440 | $ 10,440 |
| DIP Balance | $ | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | |

Peak Debt Need    $   60,000