**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**



In Re:  Autoseis, Inc.
      Debtor

Case No.: 14–20130

Chapter:  11

**ENTERED**
**03/27/2014**

---

# ORDER SETTING HEARING

    You are hereby notified that a hearing is set on

*57* – Interim Order Authorizing Continued Use of (1) Pre Petition Bank Accounts and Business Forms and (2) Cash Management System Pending Further Analysis and Review (Related Doc # 10) Signed on 3/27/2014. (fcar)

before the Honorable Richard S. Schmidt on **4/25/14 at 09:00 AM**. The hearing will be held at **1133 North Shoreline Blvd #208, Corpus Christi, TX 78401**.

    It is therefore ORDERED that all interested parties shall appear at the date and time set forth above.

    It is further ORDERED that the clerk shall serve a copy of this Order on the Movant.

    It is further ORDERED that pursuant to Bankruptcy Local Rule 2002, Movant shall serve a copy of this notice to all parties that are required to be served and, Movant shall file a certificate of service with the clerk.

Signed and Entered on Docket: 3/27/14

*/s/ Richard S. Schmidt*
RICHARD S. SCHMIDT
United States Bankruptcy Judge