IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re | § § § | Chapter 11 |
| AUTOSEIS, INC., *et al.*[1] | § § § | Case No. 14-20130 |
| Debtors. | § § § | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL PLEADINGS

**PLEASE TAKE NOTICE** that the undersigned hereby appears as proposed counsel for Official Committee of Unsecured Creditors ("Committee"), pursuant to Rules 2002, 3017, 9007, 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, and orders, or other documents, filed or entered in this case be transmitted to:

| | |
|---|---|
| Clifton R. Jessup, Jr. | Shari L. Heyen |
| Bryan L. Elwood | David R. Eastlake |
| GREENBERG TRAURIG, LLP | GREENBERG TRAURIG, LLP |
| 2200 Ross Avenue, Suite 5200 | 1000 Louisiana, Suite 1700 |
| Dallas, Texas 75201 | Houston, Texas 77002 |
| Telephone: (214) 665-3600 | Telephone: (713) 374-3564 |
| Telecopier: (214) 665-3601 | Telecopier: (713) 374-3505 |
| Email: JessupC@gtlaw.com | Email: HeyenS@gtlaw.com |
| ElwoodB@gtlaw.com | EastlakeD@gtlaw.com |

---

[1] The Debtors in these chapter 11 cases are: Autoseis, Inc. (5224); Global Geophysical Services, Inc. (4281); Global Geophysical EAME, Inc. (2130); GGS International Holdings, Inc. (2420); Accrete Monitoring, Inc. (2256); and Autoseis Development Company (9066).

HOU 408003658v1

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and title 11 of the United States Code (the "Bankruptcy Code"), but also includes without limitation the schedules, statement of financial affairs, operating reports, pleadings, motions, applications, complaints, demands, hearings, requests or pleadings, and disclosure statement, any letter, objections, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to this proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, electronic mail, telephone, telegraph, telex or otherwise filed or delivered to the clerk, court or judge in connection with and with regard to these bankruptcy cases and any proceeding related thereto as well as the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of Committee to (a) have final orders in non-core matters entered only after *de novo* review by a District Court judge, (b) trial by jury in a proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any objection to the jurisdiction of the Bankruptcy Court for any purpose, (e) any election of remedy, or (f) any rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

HOU 408003658v1

Dated: April 10, 2014

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

By: */s/ Shari L. Heyen*
    Shari L. Heyen
    Texas State Bar No. 09564750
    HeyenS@gtlaw.com
    David R. Eastlake
    Texas State Bar No. 24074165
    EastlakeD@gtlaw.com
    1000 Louisiana St., Ste. 1700
    Houston, TX 77002
    Telephone: 713-374-3500
    Telecopier: 713-374-3505

   - and -

    Clifton R. Jessup, Jr.
    State Bar No. 10655020
    JessupC@gtlaw.com
    Bryan Elwood
    State Bar No. 24029535
    ElwoodB@gtlaw.com
    Greenberg Traurig, LLP
    2200 Ross Ave., Ste. 5200
    Dallas, Texas 75201
    Telephone: (214) 665-3600
    Facsimile: (214) 665-5938

*Proposed Counsel for the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing *Notice of Appearance and Request for Service of All Pleadings* has been served upon the parties eligible to receive notice through the Court's ECF facilities by electronic mail on April 10, 2014.

    */s/ Shari L. Heyen*
    Shari L. Heyen

HOU 408003658v1