UNITED STATES BANKRUPTCY COURT      SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE* (NUNC PRO TUNC)
EFFECTIVE JUNE 9, 2014

| | | | |
|---|---|---|---|
| Division | Corpus Christi | Main Case Number | 14-20130-RSS-11 |
| Debtor | In Re: | Autoseis, Inc., et al | |

This lawyer, who is admitted to the State Bar of __New York__:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Marc D. Powers<br>Baker & Hostetler, LLP<br>45 Rockefeller Plaza<br>New York, NY 10111-0100<br>(212) 589-4216<br>New York No. 1724210 |

Seeks to appear as the attorney for this party:

Richard A. Degner

Dated: June 11, 2014     Signed: _[signature]_

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:     Signed: _____
                       Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____     _____
                                       United States Bankruptcy Judge