IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO. 14-20130 |
| AUTOSEIS, INC., *et al.*, | § § | CHAPTER 11 |
| Debtors. | § § § § | JOINTLY ADMINISTERED |

**NOTICE OF APPEARANCE UNDER FED. R. BANK. P. 9010(b), REQUEST FOR ALL
COPIES PURSUANT TO FED. R. BANKR. P. 2002 AND REQUEST FOR ALL
PLEADINGS PURSUANT TO FED. R. BANKR. P. 3017(a)**

Richard A. Degner, an Interested Party in the above-captioned bankruptcy case, request that all notices given or required to be given and all papers served or required to be served by U.S. Mail and by email in the above-captioned case be given to and served upon:

Pamela Gale Johnson
BAKER & HOSTETLER, LLP
811 Main Street, Suite 1100
Houston, Texas 77002-6111
Telephone:  (713) 646-1324
Facsimile:   (713) 751-1717
Email: pjohnson@bakerlaw.com

- AND –

Marc D. Powers[1]
BAKER & HOSTETLER, LLP
45 Rockefeller Plaza
New York, New York 10111-0100
Telephone:  (212) 589-4216
Facsimile:   (212) 589-4201
Email: mpowers@bakerlaw.com

---

[1] Pro Hac Vice approved per the Court's June 12, 2014 Order.

This request encompasses all notices, copies and pleadings referred to in section 1109(b) of Title 11, United States Code or in Rules 2002, 3017 or 9007 of the Bankruptcy Rules of Procedure, including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, plans of reorganization, disclosure statements, requests, or applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telex or otherwise which affect or seek to affect the above case.

This Notice of Appearance and Request for Notices shall not be deemed or construed to be a waiver of rights of BakerHostetler (i) to have final orders in noncore matters only after de novo review by a district judge, (ii) to trial by jury in any proceedings so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to any rights, claims, actions, setoffs, or recoupments to which BakerHostetler is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated this 20th day of June, 2014.             Respectfully submitted,

                                               BAKER & HOSTETLER LLP


                                               By:    */s/ Pamela Gale Johnson*
                                                      Pamela Gale Johnson
                                                      State Bar No. 10777700; Fed ID No. 4481
                                                      811 Main Street, Suite 1100
                                                      Houston, Texas 77002-6111
                                                      Telephone: (713) 646-1324
                                                      Facsimile: (713) 751-1717
                                                      E-mail: pjohnson@bakerlaw.com

                                               ATTORNEYS FOR RICHARD A. DEGNER,
                                               AN INTERESTED PARTY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by the Court's CM/ECF system to all registered ECF users appearing in the case on June 20, 2014.

*/s/ Pamela Gale Johnson*
Pamela Gale Johnson