

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

ENTERED
09/24/2014

| | | |
|---|---|---|
| In re | § § § | Chapter 11 |
| AUTOSEIS, INC., *et al.*,[1] | § § | Case No. 14-20130 |
| Debtors. | § § § § | Jointly Administered |

### ORDER GRANTING DEBTORS' MOTION FOR AN ORDER PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE EXTENDING THE EXCLUSIVITY PERIOD BY APPROXIMATELY 90 DAYS FOR THE DEBTORS TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES

Upon consideration of the *Debtors' Motion for an Order Pursuant to Section 1121(d) of the Bankruptcy Code Extending the Exclusivity Period by Approximately 90 days for the Debtors to File a Chapter 11 Plan and Solicit Acceptances* [Docket No. 572] (the "Motion");[2] and upon consideration of the Debtors' revised proposed form of order, filed on September 23, 2014, which modified the requested exclusivity extension upon agreement between the Debtors, the DIP Lenders, and the Committee; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 & 1409; and due and proper notice of the Motion having been provided; and no other or further notice need be provided; and upon the record of all the proceedings had before the Court; and objections to the Motion, if any, having been withdrawn or denied on the merits; and this Court having

---

[1] The Debtors in these chapter 11 cases are: Autoseis, Inc. (5224); Global Geophysical Services, Inc. (4281); Global Geophysical EAME, Inc. (2130); GGS International Holdings, Inc. (2420); Accrete Monitoring, Inc. (2256); and Autoseis Development Company (9066).

[2] Capitalized terms not defined in this Order shall have the meaning set forth in the Motion.

Active 16849979

determined that the relief sought in the Motion is in the best interest of the Debtors, their creditors, and all parties–in–interest in these jointly administered cases; and this Court having determined that the legal and factual bases set forth in the Motion established just cause for the relief granted herein; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY

ORDERED that the relief requested in the Motion is granted as provided herein; and it is further

ORDERED that, pursuant to section 1121(d)(1) of the Bankruptcy Code, the Debtors' exclusive period to file a chapter 11 plan is extended up to and through **November 24, 2014**; and it is further

ORDERED that, pursuant to section 1121(d)(1) of the Bankruptcy Code, the Debtors' exclusive period for soliciting acceptance of a chapter 11 plan is extended up to and through **February 27, 2015**; and it is further

ORDERED that the relief granted herein is without prejudice to the Debtors seeking any additional extensions of the periods provided in section 1121 of the Bankruptcy Code; and it is further

ORDERED that the relief granted herein is without prejudice to the rights of any party in interest to oppose any further extensions of the Debtors' exclusivity periods; and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: September 24, 2014

Richard S. Schmidt
United States Bankruptcy Judge