IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| IN RE: § <br> § <br> AUTOSEIS, INC., *et al.*,[1] § <br> § <br> Debtors. § <br> § <br> Chapter 11 § <br> § <br> Case No. 14-20130 § <br> § <br> Jointly Administered § | DEBTOR: AUTOSEIS, INC., ET AL <br><br> JUDGE: Richard S. Schmidt <br><br> PARTY'S NAME: Richard A. Degner <br><br> ATTORNEYS' NAMES: <br><br> Pamela Gale Johnson   Marc D. Powers <br> Ph: 713-646-1324   Ph: 212-589-4216 |

**FIRST AMENDED WITNESS LIST**

Comes now, Richard A. Degner, a party-in-interest herein, and hereby submits this First Amended Witness List regarding the following matters:

- Second Amended Joint Chapter 11 Plan of Global Geophysical Services, Inc. and Its Debtor Affiliates, as Reformed [Docket No. 751];

- Plan Supplement to Second Amended Joint Chapter 11 Plan of Reorganization of Global Geophysical Services, Inc. and Its Debtor Affiliates, as Reformed [Docket No. 870];

- Response and Objection of Richard A. Degner to the Proposed Cure Amounts Regarding the Assumption of an Executory Contract [Docket No. 876]; and

- Objection of Richard A. Degner to the Confirmation of the Debtors' Second Amended Plan of Reorganization as Reformed [Docket # 898].

---

[1] The Debtors in these Chapter 11 cases are: Autoseis, inc. (5224); Global Geophysical Services, Inc. (4281); Global Geophysical EAME, Inc. (2130); GGS International Holdings, Inc. (2420); Accrete Monitoring, Inc. (2556); and Autoseis Development Company (9066).

605716267.1

## CONFIRMATION HEARING DATE

On November 21, 2014, this Court entered an *Agreed Order and Stipulation Extending Certain Confirmation Related Deadlines and Hearing Date*. The hearing date for the confirmation of the Second Amended Joint Chapter 11 Plan of Global Geophysical Services, Inc. and Its Debtor Affiliates, as Reformed was set for the 19th day of December, 2014 [Docket # 801]. On December 18, 2014, the Debtors filed a *Notice of Adjournment of Confirmation Hearing* indicating that "the Confirmation Hearing has been adjourned to a date to be determined. The Debtors will file and serve notice of the Confirmation Hearing "no less than ten days before the hearing is scheduled to occur [Docket No. 918]". On January 20, 2015, the Debtors filed a *Notice Regarding Scheduling of Confirmation Hearing* reducing the notice to "no less than five [5] days before the Confirmation Hearing is scheduled to occur [Docket # 951]". As of the date of the filing of this First Amended Witness List, a Confirmation Hearing date has not been set.

## WITNESSES

Richard A. Degner hereby designates the following witnesses which may be called at the hearing on this matter.

1. Richard A. Degner
2. Craig Murrin
3. Richard A. White – adverse witness
4. Any witness called or designated by any other counsel and/or party-in-interest.
5. Any witness necessary to rebut the testimony of witnesses called or designated by any other counsel and/or party-in-interest.

Richard A. Degner reserves the right not to call the witnesses designated above, the right to call any witnesses designated by any other party, as well as to call witnesses as required to

rebut the testimony of any witness. Further, Richard A. Degner reserves the right to supplement or amend this First Amended Witness List at any time prior to the hearing.

Dated: January 21, 2015.

Respectfully submitted,

BAKER & HOSTETLER LLP

By: */s/ Pamela Gale Johnson*
Pamela Gale Johnson
State Bar No. 10777700; Fed ID No. 4481
811 Main Street, Suite 1100
Houston, Texas 77002-6111
Telephone: (713) 646-1324
Facsimile: (713) 751-1717
E-mail: pjohnson@bakerlaw.com

Marc D. Powers
(Pro Hac Vice per the Court's 6/12/2014 Order)
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111-0100
Telephone: (212) 589-4216
Facsimile: (212) 589-4201
Email: mpowers@bakerlaw.com

**ATTORNEYS FOR RICHARD A. DEGNER, AN INTERESTED PARTY**

## **CERTIFICATE OF SERVICE**

I certify that a true and correct of the foregoing document was served electronically to all registered ECF subscribers of the Court's electronic noticing system on January 21, 2015.

*/s/ Pamela Gale Johnson*
Pamela Gale Johnson