IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re | § § § | Chapter 11 |
| AUTOSEIS, INC., *et al.*[1] | § § | Case No. 14-20130 |
| Debtors. | § § § § | Jointly Administered |

## AGREED ORDER AND STIPULATION SETTING CONFIRMATION HEARING DATE

The Debtors, the Requisite Investors,[2] and the Committee hereby enter into this agreed order and stipulation setting the Confirmation Hearing for **Friday, February 6, 2015 at 9:00 a.m. Central** before Judge Richard Schmidt at 1133 N. Shoreline Blvd., Corpus Christi, Texas 78401.

The foregoing stipulation is hereby approved and ordered by the Court.

Dated:

          Richard S. Schmidt
          United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases are: Autoseis, Inc. (5224); Global Geophysical Services, Inc. (4281); Global Geophysical EAME, Inc. (2130); GGS International Holdings, Inc. (2420); Accrete Monitoring, Inc. (2256); and Autoseis Development Company (9066).

[2] Terms not defined in this notice shall have the meanings assigned to them in the Second Amended Joint Plan of Reorganization, as Reformed; the Second Amended Disclosure Statement, as Reformed; the Rights Offering Procedures; and the Second Amended and Restated Backstop Conversion Commitment Agreement, as applicable.

**AGREED AS TO FORM AND CONTENT:**

| **ATTORNEYS FOR THE DEBTORS:**<br><br>By: */s/ C. Luckey McDowell*<br>C. Luckey McDowell,<br>BAKER BOTTS L.L.P.<br>State Bar No. 24034565<br>2001 Ross Avenue<br>Dallas, TX   75201<br>Telephone:  214.953.6500<br>Facsimile:   214.953.6503<br>luckey.mcdowell@bakerbotts.com<br><br>By: */s/ Shelby A. Jordan*<br>Shelby A. Jordan<br>JORDAN, HYDEN, WOMBLE, CULBRETH & HOLZER, P.C.<br>State Bar No. 11016700<br>Suite 900 Bank of America<br>Corpus Christi, Texas  78471<br>Telephone:  361.884.5678<br>Facsimile:  361.888.5555<br>sjordan@jhwclaw.com | **ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS:**<br><br>By: */s/ Shari L. Heyen* (with permission)<br>Clifton R. Jessup, Jr.<br>GREENBERG TRAURIG, LLP<br>2200 Ross Avenue, Suite 5200<br>Dallas, Texas 75201<br>Telephone:  214.665.3600<br>Facsimile:  214.665.3601<br>JessupC@gtlaw.com<br><br>– and –<br><br>Shari L. Heyen<br>GREENBERG TRAURIG, LLP<br>1000 Louisiana, Suite 1700<br>Houston, Texas 77002<br>Telephone:  713.374.3564<br>Facsimile:  713.374.3505<br>HeyenS@gtlaw.com |
|---|---|
| **ATTORNEYS FOR THE REQUISITE INVESTORS**<br><br>By: */s/ Arik Preis* (with permission)<br>Arik Preis<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1 Bryant Park<br>New York, New York 10036<br>Telephone: 212.872.7418<br>Facsimile: 212.872.1002<br>apreis@akingump.com | |