**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **AUTOSEIS, INC.,** *et al.*,[1] | § | **Case No. 14-20130** |
| | § | |
| **Reorganized Debtors.** | § | **Jointly Administered** |
| | § | |

**NOTICE OF SUPPLEMENT TO THIRD INTERIM AND FINAL APPLICATION OF**
**GREENBERG TRAURIG, LLP FOR ALLOWANCE OF FEES**
**AND PAYMENT OF EXPENSES AS COUNSEL TO**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**[Relates to Docket No. 1012]**

Greenberg Traurig, LLP, counsel to the Official Committee of Unsecured Creditors, files

this Notice of Supplement to its Third Interim and Final Application for Allowance of Fees and

Payment of Expenses as Counsel to the Official Committee of Unsecured Creditors (the "Final

Fee Application") to provide its invoice for the period February 1, 2015 through February 9,

2015, which was inadvertently omitted from **Exhibit G** to the Final Fee Application filed on

March 10, 2015.

[*Remainder of Page Intentionally Left Blank*]

---

[1]     The Reorganized Debtors in these jointly administered Chapter 11 cases are:  Autoseis, Inc.; Global Geophysical Services, Inc.; Global Geophysical EAME, Inc.; GGS International Holdings, Inc.; Accrete Monitoring, Inc.; and Autoseis Development Company.

DAL 79450068v1

Dated:  March 18, 2015.

Respectfully submitted,

GREENBERG TRAURIG, LLP

*/s/ Shari L. Heyen*
Shari L. Heyen
State Bar No. 09564750
HeyenS@gtlaw.com
David R. Eastlake
State Bar No. 24074165
EastlakeD@gtlaw.com
1000 Louisiana St., Ste. 1700
Houston, TX 77002
Telephone: (713) 374-3500
Facsimile:  (713) 374-3505

- and -

Bryan L. Elwood.
State Bar No. 24029535
ElwoodB@gtlaw.com
Greenberg Traurig, LLP
2200 Ross Ave., Ste. 5200
Dallas, Texas 75201
Telephone: (214) 665-3600
Facsimile:  (214) 665-5938

*Counsel for the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Notice of Supplement was served upon the parties eligible to receive service through the Clerk's Office ECF facilities by electronic mail on March 18, 2015.

*/s/ David R. Eastlake*
David R. Eastlake

*DAL 79450068v1*