

**ENTERED**
**12/08/2016**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re | § § § | |
| AUTOSEIS, INC., | § § | Case No. 14-20130 |
| Debtor. | § § § | Chapter 11 |
| | § § | |
| In re | § § § | |
| GLOBAL GEOPHYSICAL SERVICES, INC., | § § § | Case No. 14-20131 |
| Debtor. | § § | Chapter 11 |
| | § § § | |
| In re | § § § | |
| GLOBAL GEOPHYSICAL EAME, INC., | § § § | Case No. 14-20132 |
| Debtor. | § § | Chapter 11 |
| | § § § | |
| In re | § § § | |
| GGS INTERNATIONAL HOLDINGS, INC., | § § § | Case No. 14-20133 |
| Debtor. | § § | Chapter 11 |
| | § § § | |
| In re | § § § | |
| ACCRETE MONITORING, INC., | § § § | Case No. 14-20134 |
| Debtor. | § § § § | Chapter 11 |

Active 25337990.4

| | | |
|---|---|---|
| In re | § | |
| | § | |
| AUTOSEIS DEVELOPMENT COMPANY, | § | Case No. 14-20135 |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |
| | § | |

**FINAL DECREE (I) CLOSING THE 2014 CHAPTER 11 CASES AND (II) TERMINATING CERTAIN CLAIMS AND NOTICING SERVICES**
(Docket No. 1246)

Upon the motion (the "Motion")[1] of the above-captioned debtors (collectively, the "Reorganized Debtors") for entry of a final decree (the "Final Decree") closing the 2014 Cases and terminating certain claims and noticing services, all as more fully set forth in the Motion; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Reorganized Debtors' estates, their creditors, and other parties in interest; and the Court having found that Reorganized Debtors' notice of the Motion and the opportunity for a hearing on the Motion was appropriate under the circumstances and no other notice need be provided; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor;

It is hereby ORDERED that:

1.  The Motion is granted.

2.  The following chapter 11 cases are hereby closed:

---

[1] Capitalized terms not defined herein are defined in the Motion.

Active 25337990.4

| Debtor | Case No. |
|---|---|
| Autoseis, Inc. | 14-20130 |
| Global Geophysical Services, Inc. | 14-20131 |
| Global Geophysical EAME, Inc. | 14-20132 |
| GGS International Holdings, Inc. | 14-20133 |
| Accrete Monitoring, Inc. | 14-20134 |
| Autoseis Development Company | 14-20135 |

3. The Reorganized Debtors shall, on or before 30 days after entry of this Final Decree: (a) pay all fees due and payable pursuant to 28 U.S.C. § 1930(a)(6) with respect to the 2014 Cases; and (b) serve copies of all post-confirmation reports on the U.S. Trustee. Entry of this Final Decree is without prejudice to the rights of the U.S. Trustee to reopen these chapter 11 cases to seek appropriate relief in the event of an unresolved dispute over the payment of fees pursuant to 28 U.S.C. § 1930(a)(6) or the post-confirmation report.

4. The Claims and Noticing Services for the 2014 Cases are terminated in accordance with the Motion upon the completion of the services listed in paragraph 5 below. Thereafter, Prime Clerk shall have no further obligations to this Court, the Reorganized Debtors, or any other party in interest with respect to the Claims and Noticing Services in the 2014 Cases.

5. Within 30 days of entry of the Final Decree, Prime Clerk will, with respect to the 2014 Cases, (a) forward to the Clerk of the Court an electronic version of all imaged claims, (b) upload the creditor mailing list into CM/ECF, (c) docket a Final Claims Register in the lead case containing claims of all cases, and (d) box and deliver all original claims to the Federal Archives Record Administration. Should Prime Clerk receive any mail regarding the 2014 Cases after entry of this Final Decree, Prime Clerk shall collect and forward such mail no less frequently than monthly.

Active 25337990.4

6.      The Reorganized Debtors and their agents are authorized to take all actions necessary to effectuate the relief granted pursuant to this Final Decree in accordance with the Motion.

7.      Notwithstanding anything to the contrary, the terms and conditions of this Final Decree shall be immediately effective and enforceable upon its entry.

8.      The Reorganized Debtors reserve the right to reopen the case to accord relief to the Reorganized Debtors, or for other cause.

9.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Final Decree.

**Signed:  December 07, 2016**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**